```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STACEY MERCER,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :        21-cv-8251 (VSB)
               -against-                                    :
                                                            :             ORDER
MESFIN LIQUORS INC. et al.,                                 :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 6, 2021, (Doc. 1), and filed affidavits of service on October 18, 2021 (Docs. 7 & 8). The deadline for Defendants to respond to Plaintiff's complaint was November 5, 2021. (*See* Docs. 7 & 8). To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 1, 2021. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 17, 2021  
           New York, New York

                                          VERNON S. BRODERICK  
                                          United States District Judge