UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
STACEY MERCER,                                         :
                                                       :
                              Plaintiff,               :
                                                       :          21-cv-8251 (VSB)
                      -against-                         :
                                                       :          **ORDER**
MESFIN LIQUORS INC. et al.,                            :
                                                       :
                              Defendants.              :
                                                       :
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on October 6, 2021, (Doc. 1), and filed affidavits of service on

October 18, 2021, (Docs. 7 & 8).  The original deadline for Defendants to respond to Plaintiff's

complaint was November 5, 2021.  (*See* Docs. 7 & 8.)  Defendants did not appear or respond to

the complaint.  On November 17, 2021, I directed Plaintiff to seek a default judgment by no later

than December 1, 2021.  (Doc. 9.)  Plaintiff did so, (Docs. 10–18), and I scheduled a show cause

hearing for January 28, 2022, (Doc. 19).  On December 7, 2021, Defendant Mesfin Liquors Inc.

("Mesfin") appeared and requested an extension of time to file its answer.  (Docs. 21 & 22.)  I

granted the request, (Doc. 23), setting an answer deadline for January 7, 2022 and vacating the

Certificate of Default against Defendant Mesfin, (Doc. 12).  On January 7, 2022, Defendant East

River Portfolio Partners II, LLC ("East River") likewise requested an extension of time to file its

answer.  (Doc. 25.)  I also granted that request, (Doc. 26), setting an answer deadline for January

29, 2022 and vacating the Certificate of Default against East River, (Doc. 12).  Defendant Mesfin

filed an answer on January 7, 2022.  (Doc. 27.)

        To date, Defendant East River has still failed to respond to the complaint.  Plaintiff,

however, has taken no action to prosecute this case against Defendant East River.  Accordingly,

Defendant East River is directed to enter a notice of appearance as soon as possible, and in any event by no later than February 4, 2022.  Otherwise, if Plaintiff intends to seek a default judgment she is directed to do so, again, in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 8, 2022.  If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case against Defendant East River for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     February 1, 2022
           New York, New York

VERNON S. BRODERICK
United States District Judge